# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2013

146938

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SANFORD DAVIS,
        Defendant-Appellant.

SC: 146938
COA: 306461
Wayne CC: 11-005385-FC

_____/

      On order of the Court, the application for leave to appeal the February 7, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Although we agree with the Court of Appeals dissent that the trial court erred by denying the defendant's request to change into civilian clothes, we agree with the Court of Appeals majority that any such error was harmless beyond a reasonable doubt.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2013



Clerk

p1001